The People of the State of Illinois, defendant in error, v. Adam Bartosh, plaintiff in error. Gen. No. 31,129.

Conviction and sentence for petit larceny. Error to the Criminal Court of Cook county; the Hon. William V. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Taylor, J., dissents. Opinion filed March 2, 1927.

Jacob Levy, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Clarence E. Nelson and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Byrud and Milton D. Lipshute, plaintiffs in error. Gen. No. 31,152.

Conviction and sentence for conspiracy. Error to the Criminal Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed March 2, 1927.

Darrow, Smith, Cronson & Smith, for plaintiffs in error; William W. Smith, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Carl Larson, defendant in error, v. E. Kahn & Company, plaintiff in error. Gen. No. 31,194.

Action for goods sold and delivered. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the third division of this court for the first district at the February term, 1926. Affirmed. Opinion filed March 2, 1927.

Blum, Blum & DeLaney, for plaintiff in error. Paulus F. B. Koenig, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Olive Leitch and Dollie F. Leitch, plaintiffs in error, v. Union Stock Yard & Transit Company of Chicago et al. Armour Mechanical Company, defendant in error. Gen. No. 31,210.

Forcible detainer. Order quashing service of summons on one defendant. Error to the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Writ dismissed. Opinion filed March 2, 1927.

James L. Henry, for plaintiffs in error. Charles J. Faulkner, Jr., Walter C. Kirk and John A. McKee, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.